# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-924
Lower Tribunal No. 19-19033

————————

**Marilia R. Hunter,**
Appellant,

vs.

**Andrew Robertson,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

Orshan, Spann & Fernandez-Mesa and Steven P. Spann, for appellant.

Davis Smith & Jean, LLC and Laura Davis Smith and Sonja A. Jean, for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Cabrera v. Cabrera, 987 So. 2d 753, 754–55 (Fla. 3d

DCA 2008) (rejecting husband's argument that trial court's adoption of wife's proposed final judgment after failing to make oral findings or conclusions of law was improper delegation of its decision-making authority under Perlow v. Berg–Perlow, 875 So. 2d 383 (Fla. 2004), because (1) final judgment was not verbatim adoption of proposed order; (2) husband had opportunity to submit proposed final judgment and object to wife's proposed final judgment; and (3) trial court actively participated in hearing); see also Musgrave v. Musgrave, 290 So. 3d 536, 541 (Fla. 2d DCA 2019) ("[U]pon rehearing the Husband failed to raise an objection to the proposed final judgment based upon the 'verbatim' theory, and he cannot now complain error for the first time in this appeal.").